# UNITED STATES DISTRICT COURT

**MIDDLE** DISTRICT OF **TENNESSEE**

AYMAN AL-HENDY

V.

MEHARRY MEDICAL COLLEGE

## EXHIBIT AND WITNESS LIST

Case Number: 3:11-1201

| PRESIDING JUDGE<br>Kevin H. Sharp | PLAINTIFF'S ATTORNEY<br>Bob Lynch, Jr. | DEFENDANT'S ATTORNEY<br>Mark Baugh, Nancy Vincent |
| --- | --- | --- |
| TRIAL DATE (S)<br>December 16-22, 2014 | COURT REPORTER<br>Wynette Blathers | COURTROOM DEPUTY<br>Angie Brewer |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| | | 12/16/2014 | | | Dr. Ayman Al-Hendy, PL |
| 33 | | | | X | Facility Appointment and Compensation Agreement Begins 9/17/2007 |
| 34 | | | | X | Member Practice Agreement |
| 32 | | | | X | Facility Appointment and Compensation Agreement Begin 7/1/2010 |
| 88 | | | | X | Chart (Poster) |
| 86 | | | | X | MeTRC Grant excerpts |
| 24 | | | | X | Emails dated November 13, 2009 |
| 4 | | | | X | Application for MeTRC Grant |
| 5 | | | | X | Letter to Ms. Ruthann Rand, dated March 3, 2010 |
| 21 | | | | X | Deposition transcript, Exhibit A |
| 66 | | | | X | Letter to Dr. Riley, dated June 9, 2010, announcing Plaintiff's selection |
| 2 | | 12/17/2014 | | X | Curriculum Vitae of PL |
| 6 | | | | X | Memorandum to PL dated March 3, 2010 |
| 64 | | | | X | Medical License of PL |
| 23 | | | | X | Emails dated November 8, 2009 |
| | 1 | | | X | Notice of Award, collective |
| | 99 | | | X | NIH Grants Policy Statement |
| | 3 | | | X | Emails (Collective) |
| | 7 | | | X | Letter dated November 5, 2009 |
| | 60 | | | X | Employment records from The Medical College of Georgia |
| 65 | | | | X | NIH's Grants Policy Statement |
| | 30 | | | X | Email from Dr. Riley, dated March 19, 2010, re: Conference Call |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 3 Pages

✎ AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | AYMAN AL-HENDY | | VS. | MEHARRY MEDICAL COLLEGE | CASE NO. 3:11-1201 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Dr. Peter Dolce, PL Witness |
| 100 | | 12/18/2014 | | X | Application page |
| 69 | | | | X | Email from Dr. Dolce, dated March 1, 2010, re: draft letter |
| | 31 | | | X | Email from PL, dated August 22, 2009, to Dr. Dolce |
| | | | | | Dr. Valerie Montgomery-Rice (via deposition) |
| | | | | | Dr. James Hildreth (via deposition) |
| | | | | | Dr. Wayne Riley, PL Witness |
| 24 | | | | X | Email from Dr. Poland, dated November 13, 2009, re: |
| 75 | | | | X | Email from Dr. Poland, dated February 22, 2010 |
| 101 | | 12/19/2014 | | X | Morehouse School of Medicine Symposium Announcement |
| | | | | | Dr. Ronald Missun, PL Witness |
| | | | | | PLAINTIFF RESTED HIS PROOF. |
| | | | | | Dr. Mark Cohen, DF Witness |
| 102 | | | | X | Curriculum Vitae of Dr. Cohen |
| | | | | | Dr. John Murray, DF Witness |
| | 14 | | | X | Email from PL, dated August 14, 2009, re: PCIR |
| | 15 | | | X | Email from PL, dated August 20, 2009, re: PCIR Management and Informatics |
| | 16 | | | X | Email to Dr. Poland, September 18, 2009, re: OHRP Recommendations |
| | 17 | | | X | Email from PL, dated October 7, 2009, re: MeTrc Award |
| | 18 | | | X | Email from Dr. Poland, dated November 13, 2009, re: MeTRC Award |
| | 19 | | | X | Email to Dr. Poland, dated January 19, 2010 |
| | 20 | | | X | Email dated January 21, 2010 |
| 103 | | | | X | Email from Dr. Hildreth, dated January 26, 2010 (also, introduced on record as # 104) |
| | | | | | Dr. Russell Poland, DF Witness |
| | 91 | | | X | Curriculum Vitae of Dr. Poland |
| 105 | | | | X | Curriculum Vitae of Dr. Poland |
| 106 | | | | X | Notes from teleconference March 19, 2010 |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| AYMAN AL-HENDY | vs. | MEHARRY MEDICAL COLLEGE | CASE NO. 3:11-1201 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | Defendant rested their proof. |
| 22 |  |  |  | X | Emails dated November 6, 2009 |

Page 3 of 3 Pages